UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MALIBU MEDIA, LLC,

        Plaintiff,

     v.                                Case No. 13-C-781

JOHN DOE subscriber assigned IP
Address 70.60.86.67,

        Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBIT C
TO THE COMPLAINT (ECF NUMBER 1-3)**

---

      **THIS CAUSE** came before the court upon the plaintiff's Motion to Seal Exhibit C to the

Complaint [CM/ECF 1-3] (the "Motion"), and the court being duly advised in the premises does

hereby:

      **ORDER AND ADJUDGE**: Plaintiff's Motion is granted.  The clerk is ordered to seal the

plaintiff's Exhibit "C" of the Complaint (ECF Number 1-3).

      **SO ORDERED** this <u>24th</u> day of September 2013 at Milwaukee, Wisconsin.

                             **BY THE COURT:**

                             <u>s/ William E. Callahan, Jr.</u>
                             WILLIAM E. CALLAHAN, JR.
                             United States Magistrate Judge